PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 5 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE UNITED STATES' APPLICATION FOR AN ORDER DIRECTING SPRINT PCS TO DISCLOSE RECORDS AND OTHER INFORMATION PERTAINING TO THE CELLULAR TELEPHONES ASSIGNED CALL NUMBERS (510) 691-3274 and (916) 949-8716

CASE NO. 2:17-SW-595-KJN

[PROPOSED] ORDER

## ORDER

The United States has submitted an application under 18 U.S.C. § 2703(d), requesting that the Court issue an order requiring Sprint PCS, an electronic communications service provider or a remote computing service located in Overland Park, Kansas, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

///
///
///
///
///

[PROPOSED] ORDER   1

IT IS THEREFORE ORDERED, under 18 U.S.C. § 2703(d), that Sprint PCS shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

Dated: July 5, 2017

Hon. Kendall J. Newman
United States Magistrate Judge

# ATTACHMENT A

## I. The Accounts

The Order applies to certain records and information associated with the Sprint PCS cellular telephone assigned call number **(510) 691-3274 and (916) 949-8716**.

## II. Records and Other Information to Be Disclosed

Sprint PCS is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period: May 18, 2017, to May 25, 2017.

A. The following information about the customers or subscribers of the Accounts:
  1. Names (including subscriber names, user names, and screen names);
  2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
  3. Local and long distance telephone connection records;
  4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
  5. Length of service (including start date) and types of service utilized;
  6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));
  7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
  8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information (not including the contents of communications) relating to the Accounts, including:
  1. Records of user activity for each connection made to or from the Accounts, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;
  2. Information about each communication sent or received by the Accounts, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and
  3. All data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from each cellular telephone or device assigned to the Accounts.

### # # #